IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00056 ZLW-MJW

Jay Maisel,

                Plaintiff,

v.

McDougal Littell, a division of Houghton Mifflin Company,

                Defendant.

_____

**NOTICE OF SECOND FILING OF EXHIBITS TO COMPLAINT**
_____

Plaintiff Jay Maisel, through his attorney, Maurice Harmon, was notified by the clerk of the court that the exhibits "a" and "b" to Plaintiff complaint, electronically filed January 12, 2006, in the above captioned matter, were corrupt and therefore unreadable. After consultation with the internet specialist of the court, Plaintiff has reconfigured said exhibits and attached them to this filing. Plaintiff hereby requests the court append or otherwise consider these the true, correct and complete exhibits to his complaint as if said files had been originally received intact.

January 13, 2006.

                Plaintiff Jay Maisel by his attorney,

              /s/MauriceHarmon
              Maurice Harmon #9419
              Attorney for Plaintiff
              101 South 3rd Street, Suite 265
              Grand Junction, CO 81502
              Telephone 610-262-9288
              Fax 610-262-9288
              maurice@mauriceharmon.com