| EXAMINED BY JHA | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
Noelle Tan
Jay Maisel Photography
190 The Bowery
New York, NY 10012
Area Code and Telephone Number ▶ (212) 431-5013

Be sure to give your daytime phone number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   Jay Maisel
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Noelle Tan   Date ▶ 7.8.96

Handwritten signature (X) ▼
/s/ Noelle Tan

**8**

| Mail certificate to: | Name ▼ Jay Maisel | YOU MUST:• Complete all necessary spaces• Sign your application in space 8 |
|---|---|---|
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ 190 The Bowery | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:1. Application form2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights3. Deposit material |
| | City/State/ZIP ▼ New York, NY 10012 | MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559-6000 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.