IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00056-ZLW-MJW

JAY MAISEL,

    Plaintiff,

v.

McDOUGAL LITTELL, a division of Houghton Mifflin Company,

    Defendant.

## MOTION FOR STAY OF PROCEEDINGS

Defendant McDougal Littell, a division of Houghton Mifflin Company ("Defendant"), by and through its undersigned counsel, hereby moves the Court, pursuant to 9 U.S.C. § 3, for an order staying the within action pending the resolution of a related action in the United States District Court, Southern District of New York determining the arbitrability of this matter. In support Defendant states as follows.

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCivR 7.1(A)

Pursuant to D.C.COLO.LCivR 7.1(A), on or about January 24, 2006, David Blasband, of McLaughlin & Stern LLP, co-counsel for Defendant, conferred by telephone and electronic mail with Maurice Harmon, counsel for Plaintiff Jay Maisel ("Plaintiff"), regarding the relief sought herein by Defendant. Mr. Harmon stated that Plaintiff will oppose this Motion for Stay.

## ARGUMENT

1.    In late 2005, Plaintiff, a professional photographer, notified Defendant of Plaintiff's belief that Defendant had exceeded the terms of a license agreement between the parties. Plaintiff had granted a license to Defendant to publish one of Plaintiff's photographs for the sum of $600 but claimed that Defendant's alleged breach exceeded $250,000 (the "dispute"). A copy of the license agreement is attached hereto as Exhibit A.

2.    The license agreement, drafted by Plaintiff, contains an arbitration clause which states:

> Any dispute regarding this invoice, including its validity, interpretation, performance or breach shall be arbitrated in New York, NY under the rules of the American Arbitration Association and the laws of New York.

3.    On December 30, 2005, Defendant sent to Plaintiff and his attorney, and to the American Arbitration Association, a Demand for Arbitration ("Demand") of the alleged dispute pursuant to the arbitration clause in the license agreement. A copy of the Demand is attached hereto as Exhibit B. A second copy of the Demand was sent to Plaintiff and his attorney with an accompanying letter on January 5, 2006, by certified mail. A copy of that letter is attached hereto as Exhibit C. Plaintiff signed for and received that letter. His attorney, however, refused delivery.

4.    Subsequently, on January 13, 2006, Plaintiff brought this action for copyright infringement against Defendant. Plaintiff selected this venue even though neither he or his attorney, nor the Defendant, were at the time, or are now, citizens or residents of the State of

Colorado.  Plaintiff is a resident and citizen of New York.  Service of the summons and complaint occurred in Massachusetts on January 26, 2006.

5. Next, on or about January 19, 2006, Plaintiff filed a Petition to Stay Arbitration ("Petition") against Defendant in the Supreme Court of the State of New York, County of New York (the "New York State Court Proceeding").  A copy of the Petition is attached hereto as Exhibit D.

6. Plaintiff, on January 24, 2006, proceeded by Order to Show Cause and filed an application to stay the above arbitration in the New York State Court Proceeding.  Copies of papers filed by the Plaintiff in that proceeding, pursuant to the Order to Show Cause, are attached hereto as Exhibit E.[1]

7. On February 1, 2006, Defendant removed the New York State Proceeding to the United States District Court for the Southern District of New York.  (*Jay Maisel v. McDougal Littell, a Division of Houghton Mifflin Company,* 06-cv-0765; the Notice of Removal is attached hereto as Exhibit F.)

8. Pursuant to the arbitration clause in the license agreement between the parties, executed in New York, the Southern District of New York has jurisdiction to decide the arbitrability of this dispute and is the proper forum to decide the dispute.  *See Roe v. Gray,* 165 F.Supp.2d 1164, 1173 (D. Colo. 2001).

9. Furthermore, it is duplicitous and a waste of party and judicial resources to proceed in this forum on an action that will likely be sent to arbitration.  It is economically

---

[1] The American Arbitration Association has stayed arbitration pending resolution of the matter in New York court. *See* attached letter, marked as Exhibit G.

efficient for all involved to stay the within proceedings pending the resolution of the action in New York.  *Roe,* 165 F.Supp.2d at 1174 *; see also Max Software, Inc. v. Computer Assocs. Int'l, Inc.,* 364 F.Supp.2d 1233, 1238 (D. Colo. 2005).

      10.    No prejudice will be worked on any party should this Court stay the within proceedings until the resolution of the New York action.

      WHEREFORE, Defendant McDougal Littell respectfully requests the Court to enter the attached Order granting its Motion for Stay of Proceedings pending the resolution of the arbitrability of this matter by the Southern District of New York.

      Respectfully submitted this 6th day of February, 2006.

      s/ Tucker K. Tautman
      Tucker K. Trautman
      Evan M. Rothstein
      DORSEY & WHITNEY LLP
      370 17th Street, Suite 4700
      Denver, CO 80202-5647
      Telephone: 303-629-3400
      Facsimile:  303-629-3450
      E-mail:   Trautman.Tucker@dorsey.com
      E-mail:   Rothstein.Evan@dorsey.com

      David Blasband
      MCLAUGHLIN & STERN LLP
      260 Madison Avenue
      New York, New York 10016
      Telephone:    212-448-1100
      *[not admitted in D. Colorado]*

      **Attorneys for Defendant McDougal Littell**

-5-

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 6, 2006, I caused the foregoing document, MOTION FOR STAY OF PROCEEDINGS, to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

maurice@mauriceharmon.com  [Maurice J. Harmon]

                                             s/ Tucker K. Tautman
                                             Tucker K. Trautman
                                             Attorneys for Defendant
                                             DORSEY & WHITNEY LLP
                                             370 17th Street, Suite 4700
                                             Denver, CO 80202-5647
                                             Telephone: 303-629-3400
                                             Facsimile:  303-629-3450
                                             E-mail: Trautman.Tucker@dorsey.com