Exhibit "1"  Plaintiff's Memorandum
in Opposition to Defendant's Motion
for Stay of Proceedings 06cv0056

