IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-0056-ZLW-MJW

JAY MAISEL,

    Plaintiff,

v.

McDOUGAL LITTELL, a division of Houghton Mifflin Company,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: March __7__, 2006

    It is ORDERED that Plaintiff's Motion To Allow Plaintiff's Response To Defendant's Reply In Support Of Motion For Stay Of Proceedings (Doc. No. 13) is granted, over objection, and Plaintiff's Supplemental Response . . . (Doc. No. 14) is deemed filed.