IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-0056-ZLW-MJW

JAY MAISEL,

    Plaintiff,

v.

McDOUGAL LITTELL, a division of Houghton Mifflin Company,

    Defendant.

---

## ORDER

---

    The matter before the Court is Defendant's Motion For Stay Of Proceedings. The Court having reviewed the moving and responding papers and the authority cited therein, it is

    ORDERED that Defendant's Motion For Stay Of Proceedings (Doc. No. 3) is granted.  It is

    FURTHER ORDERED that this action is stayed pending a determination by the Southern District of New York in <u>Maisel v. McDougal Littell, a division of Houghton Mifflin Co.</u>, Case No. 06-cv-0765, as to whether Plaintiff's claims are subject to arbitration.  It is

FURTHER ORDERED that the parties shall file a joint status report regarding arbitration of Plaintiff's claims within five days of any order by the Southern District of New York.

DATED at Denver, Colorado, this  27  day of March, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court