IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-0056-ZLW-MJW

JAY MAISEL,

    Plaintiff,

v.

McDOUGAL LITTELL, a division of Houghton Mifflin Company,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

DATED at Denver, Colorado, this  7  day of March, 2007.

                BY THE COURT:

                *[signature: Zita L. Weinshienk]*
                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court